IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                  No. 2:05CR20038-010

JULIAN ROBERT LUNA                                          DEFENDANT

## **AMENDED ORDER**

Now on this 5th day of June 2006, there comes for consideration, Defendant's Request for Court Order To Exonerate Bond (Doc. 366.) For the following reasons, we find that Defendant's motion should be and hereby is GRANTED.

Defendant was sentenced on January 4, 2006 and was ordered to self-surrender to a designated correctional institution on March 21, 2006. Defendant self-surrendered as ordered, under Register Number 31462-112. Therefore, the bond previously posted by Defendant should be released.

Accordingly, IT IS ORDERED that the Clerk, U.S. District Court, Central District of California exonerate the $100,000.00 surety bond posted by Defendant in Case No. 05-0795M.

IT IS SO ORDERED this 5th day of June 2006.

                                            /S/ Robert T. Dawson
                                            Robert T. Dawson
                                            United States District Judge